ILLINOIS CENTRAL RAILROAD CO. *v.* UNITED
STATES ET AL.

No. 687.   Decided January 9, 1967.*

*Hugh B. Cox, William H. Allen, Robert Mitten* and
*William J. O'Brien, Jr.,* for appellant in No. 687.   *Nuel
D. Belnap, Richard M. Freeman* and *Daniel J. Sweeney*
for appellant in No. 688.   *John B. Goodrich* for appellant
in No. 689.

*Solicitor General Marshall, Assistant Attorney General
Turner, Howard E. Shapiro, Robert W. Ginnane* and
*Fritz R. Kahn* for the United States et al.; *James W.
Hoeland, W. L. Grubbs* and *Joseph L. Lenihan* for Louis-
ville & Nashville Railroad Co.; *W. McNeil Kennedy* for
Chicago & Eastern Illinois Railroad Co.; *Albert E. Jen-
ner, Jr., Samuel W. Block, Thomas P. Sullivan* and *John
C. Tucker* for Missouri Pacific Railroad Co., and *Leon
Leighton, pro se,* appellees in all cases.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.

MR. JUSTICE FORTAS took no part in the consideration
or decision of these cases.

---

*Together with No. 688, *St. Louis Southwestern Railway Co.* v.
*United States et al.,* and No. 689, *Monon Railroad* v. *United States
et al.,* also on appeal from the same court.